GONSER LAW PC
Robert L. Gonser, Esq. (SBN 148435)
3717 Mt. Diablo Blvd. Suite 210
Lafayette, CA 94549
Tel: (925) 310-4408
Email: bob@qonserlawpc.com

GANA WEINSTEIN LLP
Adam J. Weinstein, Esq.
345 Seventh Avenue
21st Floor
New York, NY 10001
Tel: (212) 776-4251
Email: aweinstein@ganallp.com
* *Motion for Pro-Hac Vice Forthcoming*

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HAGAN and LAURA HAGAN, | Case No.: |
| Plaintiffs, | NOTICE OF MOTION TO COMPEL ARBITRATION |
| vs. | |
| PARK MILLER LLC, STUART PARK, and JOHN MILLER, | DATE:  October 29, 2020<br>TIME:   10:00 a.m.<br>COURTROOM:<br>JUDGE: |
| Defendants. | |

PLEASE TAKE NOTICE that upon the declaration of Adam J. Weinstein, dated September 30, 2020, and the exhibits thereto, and upon the memorandum of law in support of his motion to compel arbitration, Plaintiffs will move this Court at 450 Golden Gate Avenue, San Francisco, CA 94102 on October 29, 2020, at 10:00 a.m., or as soon thereafter as counsel may be heard, for an order pursuant to 9 U.S.C §4 compelling arbitration and granting such other and further relief that this Court may deem just and proper under Cal. Civ. Proc. Code § 1281.97.

Notice of Motion to Compel Arbitration

1  Dated: September 30, 2020                    Respectfully Submitted,

2                                               GONSER LAW PC

3                                       By:    /s/ Robert L. Gonser
                                               Robert L. Gonser, Esq. (SBN 148435)
4                                              3717 Mt. Diablo Blvd. Suite 210
                                               Lafayette, CA 94549
5                                              Tel: (925) 310-4408
                                               Email: bob@qonserlawpc.com
6
                                                       -and-
7
                                               GANA WEINSTEIN LLP
8
                                        By:    /s/ Adam J. Weinstein
9                                              Adam J. Weinstein, Esq.
                                               345 Seventh Avenue, 21st Floor
10                                             New York, New York 10001
                                               Phone: (212) 776-4252
11                                             Email: aweinstein@ganallp.com
                                               *Motion for Pro-Hac Vice Forthcoming*
12
                                               *Attorneys for Plaintiffs Kevin Hagan and Laura*
13                                             *Hagan*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                              2
                            Notice of Motion to Compel Arbitration